IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | No. 1:11-CR-00297 LJO |
| vs. | ) ) | ORDER |
| DENARD DARNELL NEAL, | ) ) | |
| Defendant. | ) ) | |

On December 5, 2011, the court granted Defendant's motion to proceed Pro Se/Pro Per in this case. Defendant is currently incarcerated in the Kern County Detention Facility/Lerdo facility in Bakersfield, California.

IT IS ORDERED that the Kern County Detention Facility/Lerdo facility, provide library access to defendant Denard Darnell Neal, proceeding in pro se/pro per, in accordance with established jail policies and procedures. It is further ordered that defendant Neal be provided with writing implements and paper so that he can take notes and otherwise submit documents to the court in his defense.

IT IS SO ORDERED.

Dated: **December 7, 2011**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1