IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00297 LJO |
| Plaintiff, | ORDER |
| vs. | |
| DENARD DARNELL NEAL, | |
| Defendant. / | |

On December 5, 2011, the Court granted Defendant's motion to proceed Pro Se/Pro Per in this case. Defendant is currently incarcerated in the Fresno County Jail in Fresno, California.

IT IS ORDERED that the Fresno County Jail, provide library access to defendant Denard Darnell Neal, proceeding in pro se/pro per, in accordance with established jail policies and procedures. It is further ordered that defendant Neal be provided with writing implements and paper so that he can take notes and otherwise submit documents to the court in his defense.

IT IS SO ORDERED.

**Dated:   January 31, 2012**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE