UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>DENARD DARNELL NEAL,<br><br>　　　　　　Defendants<br>_____ / | CASE NO. 1:11-CR-00297 LJO<br><br>**ORDER ON DEFENDANT'S**<br>**MOTION FOR RULE 17 SUBPOENAS** |

The Court has received and reviewed the Defendant's justification for the requested issuances of Rule 17 subpoenas.

The Defendant is directed to read 18 U.S.C. 1521 so that he can more readily understand the elements of the crimes with which he is being charged.

Eleven of the twelve requests for subpoenas (many for unnamed individuals) are without relevence or merit, lack appropriate and required specificity, appear to be for the purpose of harrassment, and have no basis in law for this Court to issue. The requests for said subpoenas are DENIED outright.

As to the Defendant's request for a return of his legal material allegedly taken from him by authorities at the U.S. Penitentiary in Atwater, California, the AUSA handling this case is requested to contact the penal institution and make inquiry about said materials (i.e. if a taking occurred, and if so, where the legal material is located), and advise the Court and the Defendant in a filing at the earliest possible time.

There will be no oral argument on this motion.

IT IS SO ORDERED.

**Dated:　March 26, 2012**　　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE