1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   UNITED STATES OF AMERICA,                    CASE NO. CR F 11-0297 LJO

12                           Plaintiff,           **ORDER ON NOTICE OF INTERLOCUTORY**
                                                  **APPEAL**
13          vs.                                   (Doc. 39.)

14   DENARD DARNELL NEAL,

15                           Defendant.

16   _____/

17

18          Pro se defendant Denard Dnarnell Neal ("defendant") filed on April 27, 2012 a Notice of

19   Interlocutory Appeal Taken which purports to appeal to the Ninth Circuit Court of Appeals a "final

20   judgment entered in this action on April 23, 2012." No such judgment was entered. The record lacks

21   a judgment from which to appeal. As such, this Court:

22          1.     DIRECTS the clerk not to process an appeal to the Ninth Circuit Court of Appeals; and

23          2.     RECONFIRMS the May 22, 2012 trial.

24

25

26          IT IS SO ORDERED.

27   Dated:    **May 1, 2012**              _____/s/ Lawrence J. O'Neill_____
                                            UNITED STATES DISTRICT JUDGE
28

                                                  1