# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 11-0297 LJO |
| Plaintiff, | **ORDER ON MOTION TO CORRECT RECORD** |
| vs. | (Doc. 50.) |
| DENARD DARNELL NEAL, | |
| Defendant. | |
| _____/ | |

Pro se defendant Denard Dnarnell Neal ("defendant") filed on May 11, 2012 a Motion to Correct the Record regarding a habeas corpus petition which defendant filed. This Court has acted on the habeas corpus petition and DENIES defendant's Motion to Correct the Record in that the motion seeks relief which this Court is unable to grant.

IT IS SO ORDERED.

**Dated:   May 14, 2012**                              /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE

1