JOHN BALAZS, Bar # 157287
Attorney At Law
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone: (916) 447-9299
Fax: (916) 557-1118

Attorney for Defendant
Denard Darnell of the Neal Family

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:11-CR-0297-LJO |
| Plaintiff, | ORDER |
| v. | |
| DENARD DARNELL of the NEAL FAMILY, | |
| Defendant. | |

IT IS HEREBY ORDERED that the U.S. Probation Office provide a copy of the presentence report in this case to attorney John Balazs, the appointed attorney of record for the defendant for purposes of appeal.

Dated: April 24, 2013

                                        /s/ Lawrence J. O'Neill
                                        Hon. Lawrence J. O'Neill
                                        U.S. District Judge